UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WALTER J. VASQUEZ,

     Plaintiff,

  -against-

WESTBURY MANOR
ENTERPRISES, INC. et al.,

     Defendants.
-----------------------------------------------------------X

ORDER
18-CV-350 (JFB) (AKT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 29 2018

LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

  The parties have submitted to the Court for approval a Settlement Agreement, which has been executed by all parties, resolving the instant litigation. (ECF No. 21.)

  It is well settled that judicially supervised settlements are an exception to the rule that employees cannot waive claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, for unpaid wages and overtime. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206-07 (2d Cir. 2015). Having carefully reviewed the Settlement Agreement, and for the reasons set forth on the record during today's conference, the Court finds that it is fair and reasonable under all of the circumstances. Accordingly, IT IS HEREBY ORDERED that approval of the Settlement Agreement, including attorney's fees and costs, is granted.

**SO ORDERED.**

S/ Joseph F. Bianco
_____
Joseph F. Bianco
United States District Judge

Dated: November 29, 2018
   Central Islip, New York